

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
12/04/2020

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL PARTNERS LLC, | Case No. 20-35740 (DRJ) |
| Debtor. | |
| Tax I.D. No. 66-0789360 | |
| In re: | Chapter 11 |
| SEABRAS RIG HOLDCO KFT., | Case No. 20-35742 (DRJ) |
| Debtor. | |
| Tax I.D. No. 98-1066412 | |
| In re: | Chapter 11 |
| SEADRILL AURIGA HUNGARY KFT., | Case No. 20-35746 (DRJ) |
| Debtor. | |
| Tax I.D. No. 98-1125877 | |
| In re: | Chapter 11 |
| SEADRILL CANADA LTD., | Case No. 20-35749 (DRJ) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | Chapter 11 |
| SEADRILL CAPRICORN HOLDINGS LLC, | Case No. 20-35755 (DRJ) |
| Debtor. | |
| Tax I.D. No. 66-0790528 | |

KE 67685187

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEADRILL CHINA OPERATIONS LTD., | ) | Case No. 20-35759 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 98-1066160 | ) | |
| In re: | ) | Chapter 11 |
| SEADRILL DEEPWATER DRILLSHIP LTD., | ) | Case No. 20-35741 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 98-1066985 | ) | |
| In re: | ) | Chapter 11 |
| SEADRILL GHANA OPERATIONS LTD., | ) | Case No. 20-35744 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 98-1251372 | ) | |
| In re: | ) | Chapter 11 |
| SEADRILL GULF OPERATIONS AURIGA LLC, | ) | Case No. 20-35748 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 80-0897065 | ) | |
| In re: | ) | Chapter 11 |
| SEADRILL GULF OPERATIONS SIRIUS LLC, | ) | Case No. 20-35752 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 61-1706915 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL GULF OPERATIONS VELA LLC, | Case No. 20-35756 (DRJ) |
| Debtor. | |
| Tax I.D. No. 80-0897501 | |
| In re: | Chapter 11 |
| SEADRILL HUNGARY KFT., | Case No. 20-35739 (DRJ) |
| Debtor. | |
| Tax I.D. No. 98-0587616 | |
| In re: | Chapter 11 |
| SEADRILL INTERNATIONAL LTD., | Case No. 20-35761 (DRJ) |
| Debtor. | |
| Tax I.D. No. 98-1197810 | |
| In re: | Chapter 11 |
| SEADRILL LEO LTD., | Case No. 20-35764 (DRJ) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | Chapter 11 |
| SEADRILL MOBILE UNITS (NIGERIA) LTD., | Case No. 20-35766 (DRJ) |
| Debtor. | |
| Tax I.D. No. 98-1067236 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL OPCO SUB LLC, | Case No. 20-35763 (DRJ) |
| Debtor. | |
| Tax I.D. No. 66-0792172 | |
| In re: | Chapter 11 |
| SEADRILL OPERATING GP LLC, | Case No. 20-35760 (DRJ) |
| Debtor. | |
| Tax I.D. No. 66-0792266 | |
| In re: | Chapter 11 |
| SEADRILL OPERATING LP, | Case No. 20-35757 (DRJ) |
| Debtor. | |
| Tax I.D. No. 66-0794576 | |
| In re: | Chapter 11 |
| SEADRILL PARTNERS B.V., | Case No. 20-35753 (DRJ) |
| Debtor. | |
| Tax I.D. No. N/A | |
| In re: | Chapter 11 |
| SEADRILL PARTNERS FINCO LLC, | Case No. 20-35750 (DRJ) |
| Debtor. | |
| Tax I.D. No. 46-4812921 | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL PARTNERS MALAYSIA SDN. BHD., ) | Case No. 20-35745 (DRJ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. N/A ) | |
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL PARTNERS OPERATING LLC, ) | Case No. 20-35743 (DRJ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 98-1118762 ) | |
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL POLARIS LTD., ) | Case No. 20-35747 (DRJ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 98-1249179 ) | |
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL T-15 LTD., ) | Case No. 20-35751 (DRJ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 98-1119211 ) | |
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL T-16 LTD., ) | Case No. 20-35754 (DRJ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 98-1144599 ) | |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TEXAS LLC, | ) | Case No. 20-35738 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL US GULF LLC, | ) | Case No. 20-35758 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 80-0851642 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL VELA HUNGARY KFT., | ) | Case No. 20-35762 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 98-1127301 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL VENCEDOR LTD., | ) | Case No. 20-35765 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 98-1066910 | ) | **Re: Docket No.** 8 |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day

---

2. [1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-35740 (DRJ). All of the jointly administered cases not previously assigned to Judge Jones are transferred to Judge Jones. Additionally, the following checked items are ordered:

   a.   ☒   One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b.   ☒   Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c.   ☒   Other:  See below.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) ) ) | Case No. 20-35740 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners.  The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Seadrill Partners LLC:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of:  Seadrill Partners LLC, Case No. 20-35740; Seabras Rig Holdco Kft., Case No. 20-35742; Seadrill Auriga Hungary Kft., Case No. 20-35746; Seadrill Canada Ltd., Case No. 20-35749; Seadrill Capricorn Holdings LLC, Case No. 20-35755; Seadrill China Operations Ltd., Case No. 203-35759; Seadrill Deepwater Drillship Ltd., Case No. 20-35741; Seadrill Ghana Operations Ltd., Case No. 20-35744; Seadrill Gulf Operations Auriga LLC, Case No. 20-35748; Seadrill Gulf Operations Sirius LLC, Case No. 20-35752; Seadrill Gulf Operations Vela LLC, Case No. 20-35756; Seadrill Hungary Kft., Case No. 20-35739 (DRJ); Seadrill International Ltd., Case No. 20-35761; Seadrill Leo Ltd., Case No. 20-35764; Seadrill Mobile Units (Nigeria) Ltd., Case No. 20-35766; Seadrill OPCO Sub LLC, Case No. 20-35763; Seadrill Operating GP LLC, Case No. 20-35760; Seadrill Operating LP, Case No. 20-35757; Seadrill Partners B.V., Case No. 20-35753; Seadrill Partners Finco LLC, Case No. 20-35750; Seadrill Partners Malaysia Sdn. Bhd., Case No. 20-35745; Seadrill Partners Operating LLC, Case No. 20-35743; Seadrill Polaris Ltd., Case No. 20-35747; Seadrill T-15 Ltd., Case No. 20-35751; Seadrill T-16 Ltd., Case No. 20-35754; Seadrill Texas LLC, Case No. 20-35738 (DRJ); Seadrill US Gulf LLC, Case No. 20-35758; Seadrill Vela Hungary Kft., Case No. 20-35762; and Seadrill Vencedor Ltd., Case No. 20-35765.  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 20-35740 (DRJ).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

10. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: December 04, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-35751-drj |
| Seadrill T-15 Ltd. | Chapter 11 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: aaloadi | Page 1 of 1 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf001 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Seadrill T-15 Ltd., Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton, BERMUDA HM 08 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Genevieve Marie Graham | on behalf of Debtor Seadrill T-15 Ltd. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2