

ENTERED
06/21/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) ) | Case No. 20-35740 (DRJ) |
| Reorganized Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | Re: Docket No. 592 |

**FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors and debtors in possession (collectively, the "Debtors," and after the effective date of their chapter 11 plan, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing certain of the chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other

---

[1]  A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The following cases (the "Affiliate Cases") are hereby closed; *provided* that this Court shall retain jurisdiction as provided in the Plan [Docket No. 562] and the order confirming the Plan [Docket No. 570] (the "Confirmation Order"):

| Reorganized Debtor | Case No. |
|---|---|
| Seabras Rig Holdco Kft. | 20-35742 |
| Seadrill Auriga Hungary Kft. | 20-35746 |
| Seadrill Canada Ltd. | 20-35749 |
| Seadrill Capricorn Holdings LLC | 20-35755 |
| Seadrill China Operations Ltd. | 20-35759 |
| Seadrill Deepwater Drillship Ltd. | 20-35741 |
| Seadrill Ghana Operations Ltd. | 20-35744 |
| Seadrill Gulf Operations Auriga LLC | 20-35748 |
| Seadrill Gulf Operations Sirius LLC | 20-35752 |
| Seadrill Gulf Operations Vela LLC | 20-35756 |
| Seadrill Hungary Kft. | 20-35739 |
| Seadrill International Ltd. | 20-35761 |
| Seadrill Leo Ltd. | 20-35764 |
| Seadrill Mobile Units (Nigeria) Ltd. | 20-35766 |
| Seadrill OPCO Sub LLC | 20-35763 |
| Seadrill Operating GP LLC | 20-35760 |
| Seadrill Operating LP | 20-35757 |
| Seadrill Partners B.V. | 20-35753 |

| **Reorganized Debtor** | **Case No.** |
|---|---|
| Seadrill Partners Finco LLC | 20-35750 |
| Seadrill Partners Malaysia Sdn. Bhd. | 20-35745 |
| Seadrill Partners Operating LLC | 20-35743 |
| Seadrill Polaris Ltd. | 20-35747 |
| Seadrill T-15 Ltd. | 20-35751 |
| Seadrill T-16 Ltd. | 20-35754 |
| Seadrill Texas LLC | 20-35738 |
| Seadrill US Gulf LLC | 20-35758 |
| Seadrill Vela Hungary Kft. | 20-35762 |
| Seadrill Vencedor Ltd. | 20-35765 |

2. Seadrill Partners LLC, Case No. 20-35740 (the "Lead Case"), shall remain open pending the entry of a final decree by this Court closing the Lead Case. Any Remaining Matters, whether or not they pertain to the Lead Case or the Affiliate Cases, shall be filed, administered, and adjudicated in the Lead Case without the need to reopen the Affiliate Cases. Any and all pleadings related to the chapter 11 cases shall be filed in the Lead Case.

3. The clerk shall designate on the dockets of the Affiliate Cases that the cases are now administered under the Lead Case. The Reorganized Debtors shall make a docket entry in each of the Affiliate Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of Seadrill Partners LLC, Case No. 20-35740. The docket in Case No. 20-35740 should be consulted for all matters affecting this case.

4. Any objections to Claims against or Interests in the Reorganized Debtors may be filed, administered, and adjudicated in the Lead Case.

5. The Court shall retain jurisdiction and authority with regards to any causes of action arising under chapter 5 of the Bankruptcy Code under any of the cases of the Reorganized Debtors,

including the Affiliate Cases, regardless of section 546(a), and the matters shall be administered in the Lead Case.

6. Any failure of the Debtors or Reorganized Debtors to file an objection to any Claim or Interest in any of the Affiliate Cases on or prior to entry of this Final Decree shall not constitute allowance of the Claim or Interest and shall not result in such Claim or Interest being deemed Allowed against or in any Debtor or Reorganized Debtor. Any objections to Claims against or Interests in any of the Debtors or Reorganized Debtors may be filed, administered, and adjudicated in the Lead Case until the applicable deadline set forth in the Plan, as it may be extended from time to time.

7. The Reorganized Debtors shall file a post-confirmation report for the second quarter of 2021 through the date of entry of this Final Decree and shall serve a true and correct copy of said statements on the U.S. Trustee. All further reporting concerning the administration of the assets and liabilities of the Reorganized Debtors shall occur only in the Lead Case pending entry of a final decree closing the Lead Case.

8. The Reorganized Debtors shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Reorganized Debtors by remitting payment to the United States Trustee Payment Center, P.O. Box 6200-19, Portland, Oregon, 97228-6200 no later than the later of (a) fourteen days after the date of entry of this Final Decree and (b) the date on which such quarterly fees are otherwise due, and shall furnish evidence of such payment to the acting U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, Texas, 77002. The payment shall reflect the Reorganized Debtors' account numbers and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the acting U.S. Trustee.

This Court shall retain jurisdiction to enforce fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

9. Quarterly disbursements for the Lead Case will be reported and quarterly fees paid pending the entry of a final decree by this Court closing the Lead Case.

10. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party in interest to seek to reopen any of the Affiliate Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims against the Reorganized Debtors in these chapter 11 cases as contemplated by the Plan. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any Claim against or Interest in any Reorganized Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise had this Final Decree not been entered.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Decree are immediately effective and enforceable upon its entry.

12. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Decree in accordance with the Motion.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

**Signed: June 08, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE